No. 1579. PEOPLE, APPELLEE, v. CRUZ, APPELLANT.—Assault and battery. San Juan. December 10, 1920. *Affirmed.*

No. 1564. PEOPLE, APPELLEE, v. COLL, APPELLANT.—Violation of Treasury Regulations. Humacao. December 10, 1920. *Affirmed.*

No. 1557. PEOPLE, APPELLEE, v. OSORIO, APPELLANT.—Assault and battery. Humacao. December 10, 1920. *Affirmed.*

No. 1563. PEOPLE, APPELLEE, v. PADILLA ET AL., APPELLANTS.—Adulteration of milk. San Juan. December 13, 1920. *Reversed.*

No. 1592. PEOPLE, APPELLEE, v. ALVAREZ, APPELLANT.—Violation of Minimum Wages Act. San Juan. December 13, 1920. *Affirmed.*

No. 1578. PEOPLE, APPELLEE, v. GARCÍA, APPELLANT.—Violation of Scaffolds Act. San Juan. December 13, 1920. *Affirmed.*

No. 1566. PEOPLE, APPELLEE, v. EMILIAN, APPELLANT.—Violation of Internal Revenue Law. Ponce. December 13, 1920. *Affirmed.*

No. 1665. PEOPLE, APPELLEE, v. RODRÍGUEZ ET AL., APPELLANT.—Assault and battery. Humacao. December 14, 1920. *Affirmed.*

No. 1584. PEOPLE, APPELLEE, v. TORRES, APPELLANT.—Damages. Humacao. December 14, 1920. *Affirmed.*